NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, CISCO SYTEMS, INC., AVAYA, INC.,**
*Appellants*

**v.**

**STRAIGHT PATH IP GROUP, INC.,**
*Appellee*

---

2016-2004, -2008, -2009, -2019, -2020, -2021

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-1366, IPR2014-1367, IPR2014-1368, IPR2015-01006, IPR2015-01007, and IPR2015-01011.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the six appeals.

Accordingly,

2   SAMSUNG ELECTRONICS CO., LTD. v. STRAIGHT PATH IP GROUP, INC.

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31